IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER CADE WHITE,

Plaintiff,

v. Case No. 2:25-cv-00740-KG-JHR

J.B. HUNT TRANSPORT, INC.,

Defendant.

**CERTIFICATE OF SERVICE**

Defendant, J.B. Hunt Transport, Inc. (herein "Defendant"), by and through its counsel of record, Mayer LLP (Brian J. Fisher and Ramona J. Martinez), certifies that Defendant's First Supplemental Expert Disclosures were served on all counsel of record on October 7, 2026, via electronic mail in accordance with Federal Rule of Civil Procedure 5(b) and D.N.M.LR-Civ. 5.

Respectfully submitted,

**MAYER LLP**

By: *_/s/ Brian J. Fisher_*
Brian J. Fisher
Ramona J. Martinez

4101 Indian School Rd. NE, Suite 301N
Albuquerque, New Mexico 87110
Telephone: 505.483.1840
Email: BFisher@mayerllp.com
RJMartinez@mayerllp.com

*Attorneys for Defendant J.B. Hunt Transport, Inc.*